ON PETITIONS FOR REHEARING

IT IS ORDERED that Alamo Carriage Service, Inc.’s petition for rehearing is hereby DENIED.
IT IS ORDERED that Gulf States Insurance Co.’s petition for rehearing is hereby GRANTED for the limited purpose of supplementing our opinion to award sanctions and just damages under Federal Rule of Appellate Procedure 38, 28 U.S.C. § 1912, and the inherent discretionary authority of this court.
Alamo’s appeal was dismissed as frivolous. Granting in part Gulf States’ motion for sanctions and damages, we award to Gulf States, and order Alamo to pay, (1) $398 as double costs, (2) $620 as attorneys’ fees and costs incurred by Gulf States in filing and serving its petition for rehearing, and (3) $1,000 as reasonable (but limited) attorneys’ fees for sanctions.